UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1-09-CR-7 |
| v. ) | |
| ) | JUDGE COLLIER |
| PHILLIP KELLY ) | MAGISTRATE JUDGE LEE |
| GLEN BELL ) | |

MEMORANDUM & ORDER
ARRAIGNMENT ON INDICTMENT

In accordance with Rule 10 of the Federal Rules of Criminal Procedure, the arraignment of the above named defendants on the superseding indictment returned by the Grand Jury, was held before the undersigned on March 9, 2009.

Those present for the hearing included:

(1) AUSA Chris Poole for the USA.
(2) The defendant, PHILLIP KELLY.
(3) Atty. Aubrey Harper for defendant Kelly
(4) The defendant, GLEN BELL.
(5) Atty. Mary Ellen Coleman for defendant Bell.
(6) Courtroom Deputy Kelli Jones.

After being sworn in due form of law, the defendants were informed or reminded of their privilege against self-incrimination accorded under the 5th Amendment to the United States Constitution.

The defendants acknowledged having been provided with a copy of the indictment. The defendants both waived a formal reading of the indictment and both defendants entered not guilty pleas to each count of the indictment.

Presently, the case is assigned the dates set forth in a separate Modified Discovery and Scheduling Order.

ENTER.

Dated: March 9, 2009

*s/William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE